THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD BURNS, Appellant.

Argued May 28, 1952; decided July 15, 1952.

*Walter J. Mahoney* and *George M. Donohue* for appellant. The trial court erred in denying defendant's motions to dismiss the indictment. (*People* v. *Shafer,* 160 Misc. 174, 273 N. Y. 475; *State* v. *Hundling,* 220 Iowa 1369; *People* v. *Cardas,* 137 Cal. App. 788.)

*Jack E. Gellman, District Attorney,* for respondent. The entertainment conducted is nothing more than a subterfuge for "Bingo" which is a lottery.

*Per Curiam.* In the record before us requisite proof is lacking that participants in the game upon which the indictment is based were " persons who have paid   *   *   * consideration for the chance " so as to constitute a lottery within the meaning of section 1370 of the Penal Law (*People* v. *Shafer,* 273 N. Y. 475).

The judgments should be reversed and the indictment dismissed.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ., concur.

Judgments reversed, etc.